# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANH MAI,<br><br>*Plaintiff,*<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD, d/b/a SHEIN and ROMWE,<br><br>*Defendant.* | Case No.: 2:22-cv-01452-RSWL-ASx<br><br>**ORDER TO STAY PENDING DATES AND DEADLINES IN THIS ACTION** |

  The Court, having considered the Mediation Report, Notice of Settlement, and Request to Stay Pending Dates and Deadlines for the above-captioned case, hereby finds it appropriate to vacate all future dates and deadlines in this action pending the finalization of the parties' settlement agreement, after which time they will promptly file a Stipulation for Dismissal.

  IT IS HEREBY ORDERED that counsel file a proper stipulation for dismissal or a joint report detailing settlement status no later than October 17, 2022, and every quarter thereafter until a stipulation for dismissal is filed.

  **IT IS SO ORDERED.**

DATED: August 31, 2022        */S/ RONALD S.W. LEW*
                  The Honorable Ronald S.W. Lew

Case No. 2:22-cv-01452-RSWL-AS