JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANH MAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZOETOP BUSINESS CO., LTD.,<br>D/B/A/ SHEIN and ROMWE,<br><br>　　　　Defendant. | Case No.: 2:22-cv-01452-RSWL-ASx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Ronald S. W. Lew |

ORDER

Based on the parties' Joint Stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

　　　　IT IS SO ORDERED.

Dated: September 26, 2022　　　　　　By:　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　　　　　　　Hon. Ronald S. W. Lew
　　　　　　　　　　　　　　　　　　　　　United States District Judge